Certificate Number: 05781-VAE-DE-041580401

Bankruptcy Case Number: 22-50186

05781-VAE-DE-041580401

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2026, at 11:07 o'clock AM PDT, Adrienne Jarmon completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: October 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President